

# Court of Appeals
## Sixth Appellate District of Texas

### J U D G M E N T

Gabriella Denise Roberts, et al., Appellants

No. 06-18-00024-CV        v.

CitiMortgage, Inc., Appellee

Appeal from the County Court at Law No. 1 of Angelina County, Texas (Tr. Ct. No. 430-12-CV).    Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, the appellee's motion to dismiss this appeal as moot is well taken and is granted. We dismiss this appeal as moot.

We note that the appellant, Gabriella Denise Roberts, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED NOVEMBER 8, 2018
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk